UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASHLEY SUMMERS         )
                       )
v.                     )   NO. 3:13-0439
                       )   JUDGE CAMPBELL
FIRST STATE BANK       )

ORDER

Pending before the Court are Defendant First State Bank's Motions For Leave To File Reply Memorandum Of Law (Docket Nos. 52, 53). The Motions are GRANTED. Accordingly, the Clerk is directed to file the attachments to Docket Nos. 52 and 53.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE